**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

ROBERT FENNELL,

      Plaintiff,

      v.

JOHN E. WETZEL, *et al.*,

      Defendants.

No. 4:17-CV-01520

(Judge Brann)

## ORDER

**NOVEMBER 25, 2020**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion for summary judgment, Doc. 82, is **GRANTED**;

2. The Clerk of Court is directed to **ENTER JUDGMENT** in favor of Defendants and as against Plaintiff on all claims contained in the amended complaint;

3. Plaintiff's motion for reconsideration regarding the appointment of counsel, Doc. 97, and motion for an order to proceed *pro se*, Doc. 101, are **DENIED AS MOOT**; and

4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge