# UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT FENNELL, | : | No. 4:17-CV-1520 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| vs. | : | |
| | : | |
| JOHN E. WETZEL, et al. | : | |
| | : | |
| Defendants. | : | |

# JUDGMENT IN A CIVIL ACTION

The Court has ordered that (check one):

___ the plaintiff _____ recover from the defendant _____ the amount of $_____dollars ($          ), which includes prejudgment interest at the rate of _____percent, plus post judgment interest at the rate of _____ per annum, along with costs.

___ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _____ recovery costs from the plaintiff _____.

 **X**   OTHER:  Judgment is entered in favor of Defendants and as against Plaintiff on all claims contained in the amended complaint.

This action was:

____ tried by a jury with Judge _____presiding   and the jury has rendered a verdict.
____ tried by Judge _____ without a jury and the above decision was reached.
 **X** decided by Judge Matthew W. Brann pursuant to November 25, 2020 Memorandum, Opinion and Order.

Dated: 11/25/2020             Peter Welsh, Clerk of Court
                              By: s/Lisa A. Gonsalves, deputy